

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-18-00623-CR

Matthew **SERNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

On March 25, 2020, the State filed a letter containing an additional citation updating a case cited in its brief with a succinct comment regarding the additional citation. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.3. On March 27, 2020, appellant filed a letter requesting an additional 10 days to respond to the State's letter. The request is GRANTED. Appellant's response must be filed no later than April 6, 2020, and must be limited to a succinct comment responding to the additional citation included in the State's letter. *See id.*

It is so **ORDERED** on March 30, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT